UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| **JIM HOWE d/b/a Big Jim's Bonding,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:21-cv-00006 |
| **AMANDA WORLEY,** | ) ) ) |
| Defendant. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 31) recommending that the Court deny as moot Defendant's Motion to Dismiss (Doc. No. 25) and dismiss this case without prejudice for failure to prosecute. No objections have been filed.

The Court has reviewed the R&R in accordance with Rule 72 of the Federal Rules of Civil Procedure. Accordingly, the Magistrate Judge's Report and Recommendation (Doc. No. 31) is **APPROVED** and **ADOPTED**. Defendant's Motion to Dismiss (Doc. No. 25) is **DENIED AS MOOT**, and this action is **DISMISSED WITHOUT PREJUDICE**. This Order constitutes a final judgment pursuant to Federal Rule of Civil Procedure 58, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE